## Commonwealth *v.* Wilson, Appellant.

Submitted June 22, 1971. *Eugene H. Clarke, Jr.,* for appellant; *Arthur R. Makadon* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.